**Dennis L. SHORT, Appellant,**

v.

**Karen M. SHORT (now Sanchez), Respondent.**

**No. WD 51007.**

Missouri Court of Appeals, Western District.

May 28, 1996.

Philip F. Cardarella, Kansas City, for Appellant.

Debra A. Porter, Kansas City, for Respondent.

Before FENNER, C.J., P.J., and SPINDEN and ELLIS, JJ.

***ORDER***

PER CURIAM.

Appeal from judgment of trial court in dissolution of marriage.

Judgment affirmed. Rule 84.16(b).